IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                PLAINTIFF,

vs.                                   No. 10-40129-01-RDR

CHRISTOPHER ANTHONY WILABY,
                DEFENDANT.

## ORDER TO PROVIDE INFORMATION

The matter comes on before the Court by the joint motion of the parties, requesting that the Court order information provided as herein detailed.

The Court notes by examining the contents of its file that this action involves alleged activities that surround the alleged murder of a woman in Geary County, Kansas.

The Court is informed by the parties that investigative files of the law-enforcement agencies involved have been forwarded to the Geary County Attorney, who would be the prosecuting officer regarding the actual death of the victim.

The Court is informed by the parties, and finds on the submission, that it would be helpful to the possible joint resolution of the case for the local Administrative Judge to appoint a Kansas Public Defender to represent

Mr. Wilaby, and that the information from the federal court may enable the State District Court to act with better information.

The Court therefore orders that the Clerk transmit the Indigency Affidavit and the Finding of Indigency, sealed for use by the Kansas District Court, directly to the Hon. Michael Powers, Administrative Judge, 200 S. Third, Marion, Kansas 66861.

s/Richard D. Rogers<br>United States District Judge